# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | NO. CV 08-0126 CBM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F.B. HAWS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/14, 2010.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE